IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEVI M.,

            Plaintiff,

    v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

No. 3:21-cv-01447-HZ

ORDER

HERNÁNDEZ, Senior Judge:

       Plaintiff Levi M. brought this action seeking review of the Commissioner's final decision to deny Supplemental Security Income and Disability Insurance Benefits. On June 9, 2022, pursuant to the parties' stipulated motion, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Order, ECF 11. Judgment was also entered on June 9, 2022. J., ECF 14. On March 15, 2025, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Att. 3, ECF 18-3.

1 – ORDER

Plaintiff now seeks an award of fees of $13,414.50 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 18. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the Motion [18] and awards Plaintiff's counsel $13,414.50 in attorney's fees under 42 U.S.C. § 406(b). As the previously-awarded EAJA fees were seized by the Treasury due to outstanding debt, *See* Att. 1, the Commissioner is directed to send Plaintiff's attorney the full $13,414.50 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: _____June 3, 2025_____.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

2 – ORDER